UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No. 19-13508-amc |
| | : | |
| LAURA E. SIMPSON | : | |
| | : | Chapter 13 |
| | : | |
| | : | |
| Debtor. | : | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that Republic First Bank d/b/a Republic Bank ("Republic Bank") hereby enters its appearance in this case, by and through its counsel, Stevens & Lee, P.C., pursuant to 11 U.S.C. §§ 342(a) and 1109(b), and Federal Rules of Bankruptcy Procedure 2002 and 9010; and requests that all notices given or required to be given, and all papers served or required to be served, in this case, be given to and served on:

>Richard M. Berman, Esq.
>STEVENS & LEE, P.C.
>1818 Market Street, 29th Floor
>Philadelphia, PA  19103
>Telephone:  (215) 751-2872
>Telecopier:  (610) 371-7943
>Email:  rmb@stevenslee.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code sections specified above, but also includes, without limitation, all orders and notices of any applications, motions, petitions, pleadings, requests, complaints, or demands, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and

06/21/2019 SL1 1591898v1 111643.00001

whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise.

Dated:  June 21, 2019                           STEVENS & LEE, P.C.

                                                By: */s/ Richard M. Berman*
                                                    Richard M. Berman, Esq.
                                                    STEVENS & LEE, P.C.
                                                    1818 Market Street, 29th Floor
                                                    Philadelphia, PA  19103
                                                    Telephone:  (215) 751-2872
                                                    rmb@stevenslee.com