IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    Laura Simpson        :    Chapter 13

                       :    Case No. 19-13508amc

Debtor(s)

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Application for Compensation at docket number 21.

Dated: September 11, 2019        /s/ Brad J. Sadek, Esquire
                                      Brad J. Sadek, Esquire
                                      Sadek and Cooper
                                      1315 Walnut Street, Suite 502
                                      Philadelphia, PA 19107
                                      215-545-0008