United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                                  Case No. 19-13508-pmm
Laura E Simpson                                                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: May 20, 2024      Form ID: 138OBJ      Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Laura E Simpson, 64 Eventide Lane, Levittown, PA 19054-2709 |
| 14344532 | + | PennyMac Loan Services LLC, c/o Kevin G. McDonald, Esq., KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14334651 | + | Republic First Bank, 50 S 16th St Ste 2400, Philadelphia, PA 19102-2526 |
| 14345914 | + | Republic First Bank, c/o RICHARD M. BERMAN, Stevens & Lee, 1818 Market Street, 29th Floor Philadelphia, PA 19103-3652 |
| 14348189 | + | Republic First Bank d/b/a Republic Bank, 50 South 16th St. Suite 2400, Philadelphia, PA 19102-2526 |
| 14335699 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 20 2024 23:48:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 20 2024 23:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14334641 | + | Email/PDF: AffirmBKNotifications@resurgent.com | May 20 2024 23:49:26 | Affirm Inc, Affirm Incorporated, Po Box 720, San Francisco, CA 94104-0720 |
| 14334642 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 20 2024 23:48:00 | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14361054 | + | Email/Text: mortgagebkcorrespondence@bofa.com | May 20 2024 23:48:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14334643 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 20 2024 23:48:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 14334644 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | May 20 2024 23:48:00 | Caliber Home Loans, Attn: Cash Operations, Po Box 24330, Oklahoma City, OK 73124-0330 |
| 14334645 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 20 2024 23:49:21 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14334646 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 20 2024 23:49:24 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14334647 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 20 2024 23:48:00 | Comenity Bank/Torrid, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14334648 | + | Email/PDF: creditonebknotifications@resurgent.com | May 20 2024 23:49:21 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14369200 | | Email/PDF: resurgentbknotifications@resurgent.com | May 20 2024 23:49:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14370690 | | Email/Text: camanagement@mtb.com | May 20 2024 23:48:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |

Case 19-13508-pmm    Doc 45    Filed 05/22/24    Entered 05/23/24 00:33:21    Desc Imaged
                         Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 20, 2024 | Form ID: 138OBJ | Total Noticed: 40 |

| | | | | |
|---|---|---|---|---|
| 14334650 | + | Email/PDF: cbp@omf.com | May 20 2024 23:49:21 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 14356600 | + | Email/PDF: cbp@omf.com | May 20 2024 23:49:21 | Onemain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 14370774 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 20 2024 23:49:26 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14370686 | + | Email/PDF: ebnotices@pnmac.com | May 20 2024 23:49:26 | PennyMac Loan Servicing, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14367442 | | Email/Text: bnc-quantum@quantum3group.com | May 20 2024 23:48:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14334652 | | Email/PDF: ais.sprint.ebn@aisinfo.com | May 20 2024 23:49:21 | Sprint, PO Box 4191, Carol Stream, IL 60197 |
| 14356126 | | Email/PDF: ais.sprint.ebn@aisinfo.com | May 20 2024 23:49:23 | Sprint Corp, Attention Bankruptcy, PO Box 7949, Overland Park, KS 66207-0949 |
| 14334653 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 20 2024 23:49:23 | Syncb/hhgreg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14335893 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 20 2024 23:49:21 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14334654 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 20 2024 23:49:23 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14334655 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 20 2024 23:49:26 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14334656 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 20 2024 23:49:26 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14334657 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 20 2024 23:49:24 | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14364429 | + | Email/Text: bncmail@w-legal.com | May 20 2024 23:48:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14334658 | + | Email/Text: bncmail@w-legal.com | May 20 2024 23:48:00 | Tnb-Visa (TV) / Target, C/O Financial & Retail Services, Mailstop BV PO Box 9475, Minneapolis, MN 55440-9475 |
| 14347501 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 20 2024 23:48:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St Louis, MO 63166-0108 |
| 14334649 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 20 2024 23:48:00 | Elan Financial Service, Attn: Bankruptcy, 4801 Frederica Street, Owensboro, KY 42301 |
| 14362406 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 20 2024 23:49:26 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |
| 14362316 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 20 2024 23:49:23 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14334659 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 20 2024 23:49:26 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |
| 14334660 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 20 2024 23:49:21 | Wf/fmg, Attn: Bankruptcy, Po Box 51193, Los Angeles, CA 90051-5493 |

TOTAL: 34

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

Case 19-13508-pmm    Doc 45    Filed 05/22/24    Entered 05/23/24 00:33:21    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 20, 2024 | Form ID: 138OBJ | Total Noticed: 40 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2024        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Laura E Simpson brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mfarrington@kmllawgroup.com |
| RICHARD M. BERMAN | on behalf of Republic First Bank rmb@stevenslee.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Laura E Simpson
        Debtor(s)

Case No: 19−13508−pmm
Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 5/20/24

44 − 42
Form 138OBJ