**Fill in this information to identify the case:**

Debtor 1  Laura E. Simpson aka Laura E Panetta

Debtor 2

United States Bankruptcy Court for the EASTERN District of Pennsylvania

Case number  19-13508 MDC

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** PennyMac Loan Services, LLC

**Court claim no.** (if known): 11-2

**Last 4 digits** of any number you use to identify the debtor's account: 5673

**Date of payment change:**
Must be at least 21 days after date of this notice     06/01/2023

**New total payment:**     $1350.68
Principal, interest, and escrow, if any

## Part 1:  Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $515.00     New escrow payment: $ 514.19

## Part 2:  Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%     New interest rate: _____%

   Current principal and interest payment: $_____     New principal and interest payment: $_____

## Part 3:  Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $_____     New mortgage payment: $_____

Official Form 410S1    Notice of Mortgage Payment Change    page 1

Document ID: 20609a366b399cc9fcc1d4731f94e2c6c6f4bba9451e265b9aa34071628f87d7

Debtor(s) **Laura E. Simpson**
First Name   Middle Name   Last Name

Case number (*if known*) **19-13508 MDC**

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

X /s/ *Denise Carlon*
Signature
Print: Denise Carlon
13 Apr 2023, 17:57:42, EDT

Date 04/13/2023

Title **Attorney for Creditor**

Company **KML Law Group, P.C.**

Address **701** **Market Street, Suite 5000**
Number   Street
**Philadelphia,**   **PA**   **19106**
City   State   ZIP Code

Contact phone **(215) 627-1322**    Email **bkgroup@kmllawgroup.com**

Official Form 410S1                Notice of Mortgage Payment Change                page 2

Document ID: 20609a366b399cc9fcc1d4731f94e2c6c6f4bba9451e265b9aa34071628f87d7