# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Laura E. Simpson aka Laura E Panetta** | **BK NO. 19-13508 MDC** |
|                                 **Debtor(s)** | **Chapter 13** |
| **PennyMac Loan Services, LLC** | **Related to Claim No. 11** |
|                                 **Movant** | |
| **vs.** | |
| **Laura E. Simpson aka Laura E Panetta** | |
|                                 **Debtor(s)** | |
| **Kenneth E. West Esq.**, | |
|                                 **Trustee** | |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Denise Carlon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>April 20, 2023</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Laura E. Simpson aka Laura E Panetta
64 Eventide Lane
Levittown, PA 19054

<u>Attorney for Debtor(s) (via ECF)</u>
Brad J. Sadek, Sadek and Cooper
1315 Walnut Street, Suite 502
Philadelphia, PA 19107

<u>Trustee (via ECF)</u>
Kenneth E. West Esq.
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service:  electronic means or first class mail

Dated: <u>April 20, 2023</u>

                                            */s/ Denise Carlon*
                                            Denise Carlon Esquire
                                            Attorney I.D. 317226
                                            KML Law Group, P.C.
                                            BNY Mellon Independence Center
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA 19106
                                            201-549-2363
                                            dcarlon@kmllawgroup.com